# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. David T. Blocker                               Docket No. 5:13-MJ-1211

## Petition for Action on Probation

      COMES NOW Nikki Allen, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of David T. Blocker, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S 20-138.1, Driving While Impaired (Level 5) and Carrying a Concealed Weapon, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on September 10, 2013, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

3. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200.00 fee.

4. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

5. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program directed by the U.S. Probation Office.

6. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until his/her privilege to do so is restored in accordance with law.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      The defendant's probation is scheduled to expire on September 9, 2014. The defendant has not paid the court ordered $500.00 fine and $20.00 assessment fee, nor has the defendant completed his 24 hours of community service. It is requested that the term of probation be extended for a

David T. Blocker
Docket No. 5:13-MJ-1211
Petition For Action
Page 2

period of four months to expire on January 9, 2015, so that the defendant can pay the court ordered monetary obligations and complete his community service. The defendant signed a Waiver of Hearing agreeing to the proposed extension of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

That the term of supervision be extended four months to expire on January 9, 2015.

Except as herein modified, the judgment shall remain in full force and effect.


| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Nikki Allen<br>Nikki Allen<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301<br>Phone: (910) 483-8613<br>Executed On: August 15, 2014 |

### ORDER OF COURT

Considered and ordered this  15th  day of      August       , 2014, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge